**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Angelique D. Bridges | : | Chapter 13 |
| | : | No.: 19-16106-MDC |
|    Debtor(s) | : | |

<u>RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC
STAY FILED BY ALLY BANK LEASE TRUST</u>

    Debtor, Angelique D. Bridges, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Ally Bank Lease Trust hereby submits the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted. Debtor requests an Order relieving them of all remaining liabilities after Relief is granted.

8. Admitted.

9. Admitted.

10. Admitted. Debtor requests an Order relieving them of all remaining liabilities after Relief is granted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Denied.

WHEREFORE, based on the aforementioned, Debtor respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

Dated: February 1, 2022                                /s/ Brad J. Sadek, Esq.
                                                       _____
                                                       Brad J. Sadek, Esq.
                                                       Attorney for the Debtor
                                                       Sadek & Cooper
                                                       1315 Walnut Street, #502
                                                       Philadelphia, PA 19107
                                                       (215) 545-0008

---

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West**
Standing Chapter 13 Trustee
Electronic Notice

**Regina Cohen, Esq.**
Attorney for Movant
Electronic Notice to *rcohen@lavin-law.com*

Dated: February 1, 2022                                /s/Brad J. Sadek, Esq
                                                       Brad J. Sadek, Esq.
                                                       Attorney for Debtor
                                                       1315 Walnut Street
                                                       Suite #502
                                                       Philadelphia, PA 19107